Harpaul Nahal (270062)
**THE NAHAL LAW FIRM**
2021 The Alameda Suite 380
San Jose, CA 95126
Phone: (408) 489-0292
Fax:     (408) 213-8354
harpaul@nahallaw.com

Attorney for Defendant
H & H Northwest, Inc.
dba The Backyard Bayou

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRADY MURPHY,<br><br>        Plaintiff,<br><br>    vs.<br><br>H & H NORTHWEST, INC. dba THE BACKYARD BAYOU,<br><br>        Defendant. | Case No.: 3:24-cv-04731-LJC<br><br>[PROPOSED] **FURTHER ORDER RE: FURTHER STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>COURTROOM: G<br>JUDGE: HON. LISA J. CISNEROS<br><br>Action Filed: 8/5/2024<br>Trial Date:   None Set |

The Court having reviewed the Parties' Stipulation, and GOOD CAUSE APPEARING, hereby GRANTS the Joint Stipulation and ORDERS as follows:

Defendant H & H Northwest, Inc., dba The Backyard Bayou's deadline to answer or otherwise respond to the Complaint is extended until October 30, 2024. The Court adopts the following Modified Scheduling Order requested by the Parties, as follows:

| Case Management Event | Deadline | Modified Deadline |
|---|---|---|
| Complaint filed | 8/5/2024 | Completed August 5, 2024 |
| File Certification of Conflicts and Interested Entities or Persons. (See Civil L.R. 3-15) | 60 days after Complaint filed (completed August 6, 2024) | Completed August 6, 2024 |
| Last day for parties to make initial disclosures. (F.R. Civ. P. 26(a)(1), General Order 56 ¶4) | 7 days before Joint Site Inspection (December 30, 2025) | January 31, 2024 |
| Last day for parties and counsel to hold joint inspection of premises. (General Order 56 ¶7) | 60 days after service of complaint (January 6, 2025) | February 5, 2025 |
| Last day for parties to meet and confer in person to discuss settlement (General Order 56 ¶8) | 35 days after Joint Site Inspection (February 10, 2025) | March 12, 2025 |
| Last day for parties to file Notice of Need for Mediation and Certification of Counsel OR Notice of Settlement of ADA Access Case (General Order 56 ¶9) | 42 days after Joint Site Inspection or Settlement Meeting, whichever occurs first (February 18, 2025) | March 19, 2025 |
| Last day for plaintiff to file Notice Requesting Case Management Conference (General Order 56 ¶10; Civil L.R. 7-11 | 7 days after mediator files Certification of ADR Session certifying mediation process is concluded | TBD at the Court's discretion if needed |

CASE NO. 3:24-cv-04731-LJC                    -2-
            [PROPOSED] ORDER RE: FURTHER STIPULATION TO EXTEND TIME

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  **IT IS SO ORDERED.**
25
26  Dated: __September 24, 2024__     _____
27                                     Hon. Lisa L. Cisneros
                                       United States District Court Judge
28

CASE NO. 3:24-CV-04731-LJC                    -3-
           [PROPOSED] ORDER RE: FURTHER STIPULATION TO EXTEND TIME